No. 12-14-00016-CV

IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
AT TYLER

FILED IN COURT OF APPEALS
12th Court of Appeals District
APR 06 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

JUAN ENRIQUEZ,
Appellant,

V.

RICK THALER, ET AL.,
Appellees.

On Direct Appeal From the 3rd Judicial District
Court of Anderson County, Texas
Trial Court Cause No. 3-41887

APPELLANT'S MOTION TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

Appellant, Juan Enriquez, moves the Court for leave to file Appellant's Reply Brief which is in this Court, showing as grounds the following:

I.

Appellees Filed their Brief on December 22, 2014. At that time Appellant was suffering from Acute kidney failure and could not function Adequately mentally or physically. On

January 13, 2015, he was Admitted to John Sealy hospital in Galveston, Texas. Appellant was discharged January 21, 2015. He returned to the Michael Unit on January 26, 2015. However, he had a cathater And taking medication. He was not thinking clearly for three weeks.

## II

Appellant's illness made it almost impossible to do legal research. He is currently on antibiotics from for infection. Appellant's kidneys may be failing Again. This illness prevented Appellant from immediately Replying to Appellees' Brief.

## III

Appellees Attached as an Appendix to their Brief a copy of the motion to transfer Venue which Appellant was never Able to obtain from Travis County despite requests to the District Clerk, to the Reporter, And to the hearing judge. Appellant never had a full record to prepare his Brief for Appellant. Appellant needs to Reply to the record of the venue transfer motion.

## IV

Appellees will not be prejudiced. They had Access to the Record of the venue transfer motion. Appellant did not have Access to this record when

he filed his Brief. Appellant requests leave to file his Reply Brief which is based on the record withheld from him

Respectfully Submitted,

Juan Enriquez
227122
TDCJ-Michael
2664 FM 2054
Tennessee Colony, TX 75886

## Mailbox Filing Verification

I, Juan Enriquez, declare under penalty of perjury, that the foregoing motion for leave to file Reply brief was filed on March 29, 2015, by placing same in the Institutional mail system, postage prepaid, by First Class Mail addressed to Clerk, Twelfth Court of Appeals, 1517 West Front Street, Suite 354, Tyler, TX 75702. Executed on March 29, 2015.

Juan Enriquez

## Certificate of Service

I, Juan Enriquez, certify that a correct copy of the above motion was served by placing same in the United States mail, postage prepaid, on March 29, 2015, Addressed to Briona Webb, Asst. Attorney General, P.O. Box 12548, Austin, TX 78711.

Juan Enriquez